JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUSTIN JACKSON,                    )    CASE NO. CV 19-1596-CAS (PJW)
                                   )
            Petitioner,            )
                                   )    J U D G M E N T
        v.                         )
                                   )
WARDEN,                            )
                                   )
            Respondent.            )
_____    )

    Pursuant to the Order Dismissing Petition With Prejudice,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

    DATED:    <u>March 19, 2019</u>.


_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE